UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN GUKASYAN,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No.  2:11-cv-02509-CAS-SS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| CHASE BANK USA, N.A.,<br><br>    Counter-Claimant,<br><br>v.<br><br>ARMEN GUKASYAN,<br><br>    Counter-Defendant. | |

IT IS HEREBY ORDERED, pursuant to the stipulation between the parties, that this entire action be dismissed with prejudice, with each party to hear his/its own attorney's fees and costs associated with this action.

Dated: November 12, 2015

By: *Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA